UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREDERICK WHITE,

    Plaintiff,

v.                                         CASE NO.: 8:09-cv-01533-T-23TBM

VERIZON FLORIDA LLC, et al.,

    Defendants.
_____/

## **ORDER**

Magistrate Judge Thomas B. McCoun, III, files a report (Doc. 135) that recommends denying the motion (Doc. 128) for sanctions against the plaintiff by the International Brotherhood of Electrical Workers, Local Union 824. No party timely objects to the recommendation. Accordingly, the report and recommendation (Doc. 135) is **ADOPTED**, and the motion (Doc. 128) is **DENIED**.

ORDERED in Tampa, Florida, on March 2, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE